```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5
                     UNITED STATES BANKRUPTCY COURT
 6
                     NORTHERN DISTRICT OF CALIFORNIA
 7
 8   IN RE:                          CASE No. 10-12656

 9   JOHN HOWARD BOARDMAN, and       CHAPTER 13
     JOHANNA LEA BOARDMAN,
10                                   MOTION TO DETERMINE SECURED
          DEBTORS.            /      STATUS; DECLARATION OF JOHANNA
11                                   BOARDMAN; MEMORANDUM OF POINTS
                                     AND AUTHORITIES (US Bank)
12                                   Date:  August 20, 2010
                                     Time:  9:00 a.m.
13                                   Place: 99 South E St.
                                            Santa Rosa, CA
14        TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

15        JOHN and JOHANNA BOARDMAN, Debtors herein, hereby move the

16  above entitled Court for an Order Determining the Secured Status of

17  the allowed claim of US Bank (3571 Tollini Lane, Ukiah, CA) pursuant

18  to Section 506 of the Code and the terms of the Chapter 13 Plan.

19        Said Motion is made on the grounds that the value of the

20  collateral is $277,000 and that such creditor's interest in the

21  collateral is limited to $277,000.

22        Said Motion is based hereon, on the appended Declaration of

23  Johanna Boardman and on the Memorandum of Points and Authorities

24  appended hereto.

25  Dated:   7/23/10                    DAVID N. CHANDLER, p.c.

26

27                                      By: /s/ David N. Chandler
                                        DAVID N. CHANDLER,
28                                      Attorney for Debtors

                                       1
```

1       DECLARATION OF JOHANNA BOARDMAN

2       I, JOHANNA BOARDMAN, declare and say:

3       1.   That if called as a witness, I am competent to testify to
4  the within matters from my own knowledge.

5       2.   I am the Debtor in the above captioned matter and have an
6  opinion of value of the subject real property based upon my
7  ownership thereof.

8       3.   The real property located at 3571 Tollini Lane, Ukiah,
9  California is real property owned by my husband and I consisting of
10 two single family residences on a single parcel of real property.

11      4.   Said real property has a current market value of $277,000
12 in my opinion.

13      5.   Property in the immediate vicinity of the subject property
14 has been foreclosed and suffered from neglect.

15      Executed under penalty of perjury this 19th day of July, 2010 at
16 Ukiah, California.

17                                    /s/ Johanna Boardman
                                      Johanna Boardman, Debtor
18

19            MEMORANDUM OF POINTS AND AUTHORITIES

20      1.   An allowed claim of a creditor secured by a lien on
21 property in which the estate has an interest is secured to the
22 extent of the value of such creditor's interest in the estate's
23 interest in such property.  11 U.S.C. Section 506(a)(1).

24      2.   To the extent that a lien secures a claim against the
25 debtor that is not an allowed secured claim, such lien is void.
26 Section 506(d).

27      3.   Section 506(a) bifurcates a debt into secured and
28 unsecured components.  The secured component is the secured debt.

2

1 | In re Glenn, 786 F.2d 1144 (9th Cir. 1986).
2 |     4.   The Chapter 13 Plan provides that the claim of Bank of
3 | America will be stripped upon discharge.
4 |     5.   It is respectfully submitted that the value of the
5 | collateral which is collateral for the claimholder is as set forth
6 | herein and that the claimant's allowable claim is wholly unsecured.
7 |     6.   It is submitted that the collateral be valued as herein
8 | provided and that the secured component of the claim be determined.
9 | Dated: 7/23/10                       Respectfully submitted,
10 |                                            DAVID N. CHANDLER, p.c.
12 |                                            By: */s/ David N. Chandler*
 |                                            DAVID N. CHANDLER,
13 |                                            Attorney for Debtors