Signed: October 25, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

Prober & Raphael, A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
Melissa Vermillion, Esquire #241354
William K. Hong, Esquire #266690
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A., successor in interest to the
FDIC as receiver for Downey Savings and
Loan Association, F.A.
F.040-1933

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JOHN HOWARD BOARDMAN and<br>JOHANNA LEA BOARDMAN,<br><br>Debtors. | Bk. No. 10-12656-AJ-13<br><br>CHAPTER 13<br><br>**ORDER ON STIPULATION RESOLVING DEBTORS' MOTION TO DETERMINE SECURED STATUS**<br><br>Hearing – 10/25/10 at 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>     99 South E Street<br>     Santa Rosa, California |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Stipulation Resolving Debtors' Motion to Determine Secured Status, filed by Secured Creditor U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey

1

| | |
|---|---|
| 1 | |
| 2 | Savings and Loan Association, F.A., its assignees and/or successors in interest, on October 22, |
| 3 | 2010, is granted. |
| 4 | |
| 5 | * * * END OF ORDER* * * |

2