Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Joseph Garibyan, Esquire #271833
Bonni S. Mantovani, Esquire #106353
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A., successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, F.A.
F.040-1933

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>JOHN HOWARD BOARDMAN AND<br>JOHANNA LEA BOARDMAN,<br><br>Debtors. | Bk. No. 10-12656<br><br>CHAPTER 13<br><br>NOTICE OF ELECTION OF OPTION 3b OF PROPOSED ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN<br><br>Hearing-<br>Date : June 8, 2011<br>Time : 10:00 a.m.<br>Place : U.S. Bankruptcy Court<br>        99 South E Street<br>        Santa Rosa, California<br>        Courtroom (bkcy) |

Please take notice that Secured Creditor U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A. hereby selects option 3b of the Proposed Order Confirming Debtors' Third Amended Chapter 13 Plan, as set forth below:

That, upon funding of the loan as provided in ¶6 of the Plan, Shasta Boardman, the proposed lender, shall, in the event of dismissal or conversion of the case, restore U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A. to its present and senior position against the subject property, described as **3571 Tollini Lane, Ukiah, California** ("subject property" herein), and U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., shall refund to Shasta Boardman the sums paid to U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A. together with interest at a reasonable rate.

Dated: June 20, 2011   Prober & Raphael, A Law Corporation


By /s/ Cassandra J. Richey
   CASSANDRA J. RICHEY, ESQ., #155721
Attorneys for Secured Creditor

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | John Howard Boardman |
| 3 | Johanna Lea Boardman<br>3571 Tollini Ln. |
| 4 | Ukiah, CA 95482<br>Debtors |
| 5 | |
| 6 | David N. Chandler, Jr., Esquire<br>Law Offices of David N. Chandler |
| 7 | 1747 4th Street<br>Santa Rosa, CA 95404 |
| 8 | Attorney for Debtors |
| 9 | David Burchard |
| 10 | 393 Vintage Park Drive, Suite 150<br>Foster City, CA 94404 |
| 11 | Chapter 13 Trustee |
| 12 | Lilian Tsang, Esquire<br>P.O. Box 8059 |
| 13 | Foster City, CA 94404-8059<br>Attorney for the Chapter 13 Trustee |
| 14 | |
| 15 | Shasta Boardman<br>#8 Kevin Ct. |
| 16 | Chico, CA 95928-6389 |
| 17 | U.S. Trustee |
| 18 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |