1  David N. Chandler, Sr.   SBN 60780
   David N. Chandler, Jr.   SBN 235427
2  DAVID N. CHANDLER, p.c.
   1747 Fourth Street
3  Santa Rosa, CA  95404
   Telephone: (707) 528-4331
4
   Attorneys for Debtors
5
                    UNITED STATES BANKRUPTCY COURT
6                   NORTHERN DISTRICT OF CALIFORNIA

7   IN RE:                           CASE No. 10-12656

8   JOHN HOWARD BOARDMAN, and        CHAPTER 13
    JOHANNA LEA BOARDMAN,
9
           DEBTORS.            /     ORDER CONFIRMING PLAN
10

11      The above captioned matter having regularly come on for final

12 hearing on confirmation of the Debtors' Third Amended Chapter 13

13 Plan on June 8, 2011 before the above entitled Court, David N.

14 Chandler appearing for the Debtors, Lilian Tsang appearing for David

15 Burchard, Chapter 13 Trustee, and Cassandra J. Richey appearing for

16 U.S. Bank, objecting creditor, and the matter having been argued and

17 submitted, and cause appearing,

18      IT IS HEREBY ORDERED as follows:

19      1.   That the Third Amended Plan filed April 6, 2011 is

20 confirmed.

21      2.   The payment as provided in paragraph 6 of the Plan to U.S.

22 Bank may be paid by the Debtors direct to U.S. Bank and not through

23 the Chapter 13 Trustee pursuant to stipulation of the Trustee and

24 U.S. Bank.

25      3.   That upon funding of the loan as provided in paragraph 6

26 of the Plan, U.S. Bank will have one of the following three options:

27           a.   Debtors shall pay all payments due under the Plan

28

forthwith;

    b. Shasta Boardman, the proposed lender, shall, in the event of dismissal or conversion of the case, restore U.S. Bank to its present and senior position against the property and U.S. Bank shall refund to Shasta Boardman the sums paid together with interest at a reasonable rate; or

    c. Shasta Boardman, the proposed lender, shall, not enforce the lien of the new Deed of Trust against the subject property until a discharge is entered. In the event, the case is dismissed or converted, the lien of Shasta Boardman cannot be foreclosed upon.

4. U.S. Bank shall have 10 days from June 8, 2011 to make its election. In the event that U.S. Bank fails to make an election, the Debtor may elect either 3b. or 3c. and such election by Debtor shall, in said event, be binding on U.S. Bank.

Dated: June 21, 2011

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

Approved:

 /s/ Lilian Tsang
Lilian Tsang
Attorney for David Burchard
Chapter 13 Trustee