Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Joseph Garibyan, Esquire #271833
Bonni S. Mantovani, Esquire #106353
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-1933
Attorneys for Appellant U.S. Bank, N.A.,
successor in interest to the FDIC as receiver
for Downey Savings and Loan Association, F.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-12656-AJ-13 |
| JOHN HOWARD BOARDMAN and JOHANNA LEA BOARDMAN, | BAP: NC-11-1365 |
| Debtors. | District Court No.: unknown |
| DAVID BURCHARD, | |
| Trustee, | |

**STATEMENT OF ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred in determining that Debtors Third Amended Plan complied with all provisions of the Bankruptcy Code before confirming the Third Amended Plan?

2. Whether the Bankruptcy Court erred in entering an Order confirming Debtors' Third Amended Chapter 13 Plan when the Chapter 13 Plan terms include a disguised forced sale of the subject Property, described as **3571 Tollini Lane, Ukiah, California**, to an insider mother of the

1

Debtors?

3. Whether the Bankruptcy Court erred in confirming an Amended Chapter 13 Plan where Debtors do not reflect an intent to commit all disposable income to their unsecured creditors after approval of a "superpriority mortgage lien" to the insider mother of the Debtors?

Dated: July 19, 2011       Prober & Raphael, A Law Corporation

By  /s/ Lee S. Raphael, Esquire
   LEE S. RAPHAEL, ESQUIRE #106207
Attorney for Appellant
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
F.040-1933